# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   Marly Merlain | Case No.   17-10212 - JEB |
| Debtor(s) | Chapter   13 |

## SUPPLEMENT - MOTION TO APPROVE POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

Now comes the debtor pursuant to this Court's Order dated August 25, 2021, and supplements her request for the Court to approve the modification of debtor's Post Confirmation Amended Chapter 13 Plan, filed June 11, 2021, [Doc. 114] as follows:

1.	Debtor experienced a material financial hardship indirectly due to the coronavirus disease 2019 (COVID–19) pandemic by becoming temporarily unemployed which caused an interruption of debtor's income which caused debtor to be unable to pay all of her financial obligations.  Debtor is now employed.  See Attached Affidavit of Debtor.

WHEREFORE, the debtor requests the Court to approve her Post Confirmation Amended Chapter 13 Plan.

Respectfully submitted,

Marly Merlain,

By her attorney,

/s/ Steven Striffler
Steven R. Striffler
BBO No. 664224
Law Office of Steven R. Striffler
21 McGrath Highway, Suite 301
Quincy, MA 02169
(617) 290-1573
steve@strifflerlaw.com

Date:   August 31, 2021.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  Marly Merlain | Case No.  17-10212 – JEB |
| Debtor(s) | Chapter  13 |

### SUPPLEMENT - MOTION TO APPROVE POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

### AFFIDAVIT OF MARLY MERLAIN

I, Marly Merlain, do hereby depose under oath and state as follows:

1. I am over the age of 18 and I have personal knowledge as to the facts set forth in this Affidavit.

2. I experienced a material financial hardship indirectly due to the coronavirus disease 2019 (COVID–19) pandemic due to a lay-off by my employer.

3. The lay-off caused a temporary interruption of my income which caused me to be unable to pay all of my financial obligations.

4. I am now employed again and have sufficient income to meet my financial obligations.

SIGNED under the pains and penalties of perjury, August 30, 2021.

_____
Marly Merlain