

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>MARLY MERLAIN,<br>      Debtor | Ch. 13<br>17-10212-JEB |

### Order

**MATTER:**

#115 Motion filed by Debtor Marly Merlain to Amend [Re: 114 Amended Chapter 13 Plan]
#127 Supplemental Document: with certificate of service (Re: 115 Motion to Amend) filed by Debtor Marly Merlain

Having reviewed the Motion and the Supplement, and no objections having been filed, the Motion is allowed. The Chapter 13 Trustee is directed to file by **December 6, 2021**, a proposed confirmation order or a status report as to why a confirmation order cannot be submitted.

Dated: 11/5/2021

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge